# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NELLIE DARLENE ARRINGTON
as Personal Representative for the Estate of
Ella Suvilla Church, Deceased ,

                **Plaintiff,**

-vs-                                            **Case No.  6:09-cv-1300-Orl-31KRS**

WALGREEN CO.,

                **Defendant.**

## ORDER

This case is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 30). The Plaintiff will be allowed until **June 25, 2010**, to file her responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). Defendant may file a reply brief, not exceeding ten (10) pages, within 14 days after the response is served. **The parties are directed to provide chambers with a courtesy paper copy of any exhibits electronically filed  in support of their papers.**[1]

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on May 26, 2010.

Copies furnished to:

Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1]The Court prefers any depositions to be provided in 4 page miniscript.