IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-13549-JJ

NELLIE DARLENE ARRINGTON,
as Personal Representative for the Estate of
Ella Suvilla Church, Deceased,

      Plaintiff - Appellant,

versus

WALGREEN CO.,
an Illinois corporation,

      Defendant - Appellee.

Appeal from the United States District Court
for the Middle District of Florida

Before: EDMONDSON and PRYOR, Circuit Judges.

BY THE COURT:

Appellant's motion to reinstate appeal is granted.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 26 2010
JOHN LEY
CLERK

6:09CV1300

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2010

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 10-13549-JJ
Case Style: Nellie Arrington v. Walgreen Co.
District Court Docket No: 6:09-cv-01300-GAP-KRS

The referenced appeal was dismissed on 09/22/2010.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from the date of this letter.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, JJ
Phone #: (404) 335-6179

REINST-1 Appeal Reinstated